UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TROY MORAN, JR., *Plaintiff* | * * * | CIVIL ACTION NO.  19-642 |
| VERSUS | * * | SECTION:  "A" (1) |
| FOREMOST MARITIME COMPANY, LLC, FOREMOST (SHIP) MANAGEMENT COMPANY, LLC, M/V KANG MAY & ASSOCIATED TERMINALS, LLC, *Defendants* | * * * * * | JUDGE JAY C. ZAINEY MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference in the above matter is hereby scheduled for **Monday, January 25, 2021**, at **9:00 a.m.**  This conference shall take place **VIA VIDEO CONFERENCE** before Magistrate Judge Janis van Meerveld.  A Zoom for Government link will be circulated to counsel of record via email.  Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge. **Clients with full settlement authority MUST attend, including a client representative of ALMA, even though not a party.**

The Court received settlement memoranda submitted for the previous conference on December 17, 2020.  Each party shall notify the Court of any changes in the party's position and any developments in settlement negotiations since those submissions, or confirm that no changes have occurred.  Said notice shall be submitted, **in confidence, by noon on Wednesday, January 20, 2021**, and sent via email to: **efile-vanmeerveld@laed.uscourts.gov**.

New Orleans, Louisiana, this 22nd day of December, 2020.

_____
Janis van Meerveld
United States Magistrate Judge