UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY MORAN, JR.<br>　　　　　Plaintiff<br><br>versus<br><br>FOREMOST MARITIME COMPANY, LLC,<br>FOREMOST (SHIP) MANAGEMENT COMPANY, LLC,<br>M/V KANG MAY & ASSOCIATED TERMINALS, LLC<br>　　　　　Defendants | Civil Action<br>Case No.: 19-00642<br><br>Section "A"<br>Judge Zainey<br><br>Magistrate Division "1"<br>Magistrate Judge van Meerveld |

## **ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims and demands set forth by plaintiff in the above numbered and entitled action be and the same are hereby dismissed, with prejudice, each party to bear his and its own costs.

New Orleans, Louisiana this 25th day of February, 2021.

_____
JUDGE JAY C. ZAINEY